*See attached*
*Original For the JUDGE*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

MIDDLE____ District of Pennsylvania

UNKNOWN Division

|  |  |  |
|---|---|---|
| CHARLES Alfone Brooks | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| CHARLES E. Samuel JR, MR. H. Quay, MR RADAMEL, | ) | |
| MR. HAIL, MR. RoKowski, MR. Magyar, Dr. | ) | FILED |
| DAVID Ball, MR Edwards | ) | SCRANTON |
| | ) | |
| | ) | JUN 0 8 2020 |
| _____ | ) | |
| *Defendant(s)* | ) | Per _____ |
| *(Write the full name of each defendant who is being sued.  If the* | ) | DEPUTY CLERK |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.  Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

05/18/2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Aaron Brooks |
| All other names by which you have been known: | N/A   N/A |
| ID Number | 49230-066 |
| Current Institution | Allenwood Penitentary |
| Address | P.O. Box 3000 |
| | White Deer    Pa    17887 |
| | City     State     Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Charles E. Samuel Jr. |
| Job or Title (*if known*) | Federal Bureau Of Prisons Director |
| Shield Number | Unknown |
| Employer | Federal Bureau Of Prison Director |
| Address | 320 First Street N.W. |
| | Washington    DC.    20534 |
| | City     State     Zip Code |

[✓] Individual capacity    [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Mr. H. Quay |
| Job or Title (*if known*) | Complex Warden |
| Shield Number | Unknown |
| Employer | Federal Bureau Of Prisons |
| Address | P.O. Box 3000 |
| | White Deer    Pa    17887 |
| | City     State     Zip Code |

[✓] Individual capacity    [✓] Official capacity

05/18/2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                       Mr. RaDamel
    Job or Title *(if known)*   Unit Manager
    Shield Number        N/A
    Employer           Federal Bureau of Prisons
    Address            P. O. Box 3000
                      White Deer    Pa    17887
                      *City*        *State*    *Zip Code*
                      [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name                       Mr. Hill
    Job or Title *(if known)*   Complex Captain
    Shield Number        N/A
    Employer           Federal Bureau of Prisons
    Address            P. O. Box 3000
                      White Deer    Pa    17887
                      *City*        *State*    *Zip Code*
                      [✓] Individual capacity    [✓] Official capacity

**II.**    **Basis for Jurisdiction**

    Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [✓] Federal officials (a *Bivens* claim)   *Jury trial requested*

        [ ] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        N/A

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Plaintiff First, Fifth, Eighth, Fourteeth Amendment Right of United States Constitution were violated. Violation of constitution of the Commonwealth of Pennsylvania Article 1, section2, 3, 4, 7, 13 and 17. Violating Continuing violation Doctrine. Cuwish defendants are in conflict with Federal Bureau of Prisons Program Statement 28 CFR, DOJ Regulations)

Page 3 of 11

ATTAch Additional pages if needed.

The Parties to This Complaint

Defendant No. 5

Name: MR. RaKowski

Job (or) Title Lieutenant

Shield Number unKnown

Employer Federal Bureau OF Prisons

Address  P. O. box 3000

White Deer, Pa 17887

Sued individual capacity [X] individual Capacity [X]

Defendant No. 6

name: MR. MADYar

Job (or) Title Assistant hospital Supervisor Administrator

Shield Number unKnown

Employer Federal Bureau OF Prisons

Address  P.O. BOX 3000

White Deer, Pa 17887

Sued individual Capacity [X] OFFicial capacity [X]

Defendant No. 7

name: DR. David Ball

Job (or) Title MEDICAL Doctor

Shield Number unKnown

Employer Federal Bureau OF Prisons

Address  P.O. Box 3000

White Deer, Pa 17887

Sued individual Capacity [X] OFFicial Capacity [X]

Defendant No. 8

name: J. Edwards

Job (or) Title FBOP employee

Shield number unKnown

Employer Federal Bureau OF Prisons

Address  P.O. Box 3000

White Deer, Pa 17887

Sued individual Capacity [X] OFFicial Capacity [X]

ATTACh Additional Defendant's

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

1) At all time relevant to this case, plaintiff MR. CHARLES ACRON BROOKS resided at ALLENWOOD Penitentiary. Defendants Retaliation:

2) On October 23, 2018, approximately MR. Radamel called MR. Brooks (plaintiff) into

3) his office on 1-B unit office to speak to MR. CHARLES E SAMUEL JR. by phone while MR. Radamel

Attach Additional Pages if needed    Continues from page 5 if - 21 paragraph
STATEMENT OF CLAIM

Held up Civil Actions 15-3676, 15-3677, 3:cv-16-2386, 17-cv-3715 to prevent you from Filing more Civil Actions against Mr. Samuel JR, Federal Bureau of Prison employees.

3.) To prevent you from Filing grievances, complaints to ORG, IAD I have personally Freeze your Trust Fund account for near four years now, we will Freeze it for Another 10 yrs if you dont sign this Contract with Mr. Radamel to take.

4.) 10% percent of your Job was every three month, since Freeze your Account for years this will stop you, as you cant purchase hygien items, U.S. post stamps, paper, pens, pencil, copy cards, nor a single Envelops

5.) As you could not even write a letter, or communicate with the Court it Cause a denial of Accessive to the Court denied you right to Communicate with your Attorney. Signature to withdraw you grievance Against us don't refisse.

6.) I informed All medical Department employees to deny you Fair medical treatment, Surgery, pain medication, examinations, if you refuse to sign Contract now, order to place your old retard muslim age in shu units and my

7.) Will beat your ASS I'm willing today to unfreeze you Account if you promise to stop trying to sue me, and stop helping prisoner File grievances Against me. I will impose a specific schedule of payment of 10% be collected From your Job wage every three month/or inceming money.

8.) If you Attempt to File you'll regret it I promise if you Found helping any inmates doing legal work we will place you in Solitary confinement, Seizure your mattress, legal materials, not transfer to medical facility

9.) If you refuse to sign Contract between you and Mr. Radamel you'll Regret it we hate old mentally ill muslims if it was me I would renounce islam and become a Christian like Mr. Magyar said we hate terror Homosexuals. Said Mr. Charles E. Samuel Jr (Telephonically).

10.) Mr. Radamel said "Mr. Brooks I'm the fucking Unit manager I will put your ASS on the top bunk top tier I dont care if you need knee replace-ment surgery and Your medical records tell me not to, I will put your criple ass on Freeze and Encumbrance your Funds for 10 yrs we dont.

11.) let Former gang leader From Black Guerrilla Family, Sunni muslim like you I will tell muslim and BGF members here at Allenwood Prison that your A Government Informant (Snitch), said a Child Molester.

12.) I'm telling you Mr. Brooks they will Kill you, if they know you're a Gang Drop, so its your best interest to sign special Contract even though you did not sign Contract to pay PLRA contract in 7th Circuit case 15-3676, and 15-3677 I will take you money any way if you refuse to sign Contract I

13) will say you threaten me, by saying you'll kill me" said Mr. Radamel so I sign a Contract. Only to Learned Mr. Radamel Taking more then half my Job wages every month. Plaintiff

14.) Attempted to File Civil Action for Mr. Radamel, Mr. Charles E. Samuel JR. Violating Contract Clause, Taking Clause, Excessive Fine Clause, Conversion Just compensation Clause, we have trash your Civil Action you gave me legal will Address to the Federal Court so what we are violating 18 USC 3572(a)(c) you Attempt to File Again About this matter we will Freeze your As for 5 more yes its up to your Mr. Brooks Mr. Radamel said.

16) MR. Ramedal said I will take Fund money Months so you can pay not a portion of Filing Fee's to shut your mouth, MR. Samuel Jr. is tiered of your grievances, complaints to OIG, IAD, DOJ, Free speech cause this MR. Brooks shut you fucking mouth stop Fitting ward you boy."

17) Plaintiff engaged in protected conduct at all time relevant, an defendants adverse action was taken against the plaintiff that would deter plaintiff of ordinary firmness from continuing to engage in that conducts

18) Plaintiff admit there is a casual connection between element one and two — Above statement that is, the adverse action was motivated at least in part by the plaintiff's protected conduct. Defendant's deny plaintiff interest in Freeze Fund that defendant interest for years

19) Defendants to punish plaintiff denied Knee replacement surgery for 4yrs approximately denied prosthesis thus cause plaintiff to fall over 5 different time suffer new injuries to back, neck, face, head, shoulder, nerve damage, denied bunion removal surgery on both feet, surgery on hernia's for over two years. Back surgery despite constant falls, repeatly no pain medication were affective. Actual injuries occured.

## GROUND (or) ISSUE NO # TWO
### Dr David BALL USE OF unnecessary excessive Force Violating
### Eighth Amendment
### OF U.S. Constitution

20) On Approximately February 5, 2019 defendants Mr. BALL said "MR. Brooks come in Medical Department Room I recognize you do not consent to treatment from me as you told Mr. Magyar, I will not touch you just roll up your pant legs so I can see your knee's.

21) MR. Brooks did so, Dr David BALL said "MR. Potope, MR. Magyar, Dr. Buchman informed me your the Inmate that teach inmates (pabrent) how to File grievances and civil action against me, is that why your denying medical treatment to day.

22) Your Medical Record show you need Knee Replacement surgery for nearly Four years that why you fall repeatedly cause you to harm yourself with new injuries

23) Since you help prisoner File grievance against Mr. Magyar, MR. Potope, Dr Buschman, Complex warden, Mr. Hall your got shit coming not in wheelchair, nor cane don't care how bad you need you a Stupid nigger

24) I hate touching Old Criple Homosexual, you cant refuse treatment Nigger I hate your Rat) You be sorry if I do your surgery I'm the only surgeon for knee's boy.

25) MR. DaviD BALL Said "Most oF the White Male Prisoners will never File grievances, or law suits against me, but you nigger File Civit Actions but are so stupid to do grievances First, so the Court dismiss there Civil Action.

26) Now you are teaching them how to Exhaust Administrative Remedies Against me and medical Department employee Dr. DaviD BALL grab A Largest surgical Needle that were so think and started stabing Needle into Knee's

27) Repeatedly stabing into Flesh and bones the blood pain poured the Nerve damage shut up nigger Old Faggot you'll never get pain relieF A Cane, Wheel Chair, nor see A Neurologist hate jailhouse Lawyer nigger

28) The intentional inFliction oF pain the battery the Large thick Needle were A Weapon it cause physical harm that Constitute A battery to recklessly causes bodily injury to me. Brooks Without JustiFication non-Combative plaintiFF.

29) There were no Need to stab plaintiFF 12 or 13 times with Violence Force In- and-out repeatedly creating a large stab wounds in both Knee's done with willFul and Wanton intent Dr. Ball willFul and malicious wrong your A Old nigger Faggot StaFF snitch.

30) MR. Brooks you are trying to get prisoner's complaints to terminate my contract with FBOP, get my medical License you tryed to File A class action against I read it and it was trashed.

31) PlaintiFF severe pain in both Knee's has Nerve damage Dr. Ball terrorist threats shut up nigger your crying like a bitch iF you snitch its No telling what going to happen to you when I do your surgery you might make it Alive.

32) The Excessive Force Violated Eighth Amendment when it is not Applied in an eFFort to maintain or restore discipline it was used to maliciously and sadistically cause harm. Dr. Ball responsible

33) For unnecessary and wanton inFliction oF pain, inFliction oF mental and emotional distress Violating Eighth Amendment Right Constitution.

## GROUNDS (OR) ISSUE NOW THREE
### DEFENDANTS MR. HALL, MR. ROKOWLSKI COMMITTED RETALIATION

34) On Approximately May 31, 2019 and June 13, 2019 incidents occured near these two dates. Prior to these incident MR. HALL terroristic threats that he would place MR. BROOKS in solitary confinement, because MR. BROOKS (plaintiFF) repeatedly File prison grievances Against MR. Hall, MR. Magyar, Potope, Radamel, Complex Captain MR. Hall on Approximately

35.   March 21, 2019, May 1, 2019 inter Alia All Administrative Remedies Filed Against MR. Hall, MR. Rakowski, Radamel, will List dates, even the MR. Brooks STAFF messages to staff executive on inmate computer institutional systems must be Reviewed.

36  MR. Hall prior to incidents said "We told you not to Assist Tomiko Robinson in Filing grievances Against Dr. Morris, MR. Gibson, Dr. William to OCC, FAD, FBOP-Director AFTER Tomiko Robinson got Rape by A inmate and

37. physical Assaulted by male guard in special housing Unit, you defy my Commends so I will Allow MR. Rakowski to pepper spray Ass, I will not get your three Asthmatic enhaler either We Know you have

38 Pepper Allergies so we will not give you Fresh Air before we spray gas you made your bed so Lay in it, I learn you MR. Brooks MR. Rakowski girl Friend is Ms. Edward the same Female that place A incident report against that why your nows in SHU Unit.

39. So IF you die - you die, MR. Rakowski is Allowed to pepper spray you the enter SHU Unit I will Keep your Ass in that cell iF you die you die you'll die you I will Keep the Air vent on the ventilation Open either you sign document.

40. To withdraw All your Complaints Against me MR. Rakowski, Dr. Ball, Complex warden, MR. Magyar, potope, Dr. Buchman or I promise the next time Another prisoner get gas I will order MR. Rakowski

41. The enter SHU Unit so pepper spray fumes will go under your doors so every Nigger smart mouth will Know who is in charge, you'll never get out oF Cell to franch Air in Out Recreation yard I promise INCIDENT

42 (On approximately 5/31/2019 Mr. Hall told MR. Rakowski to pepper spray massive amounts of gas in special housing Unit were plaintiff reside iF plaintiff dont withdraw his Complants on 5/31/2019 and 6/13/2019 Enter Alia Approximately.

43. On Approximately 5/31/2019 mr. Rakowski said " You Knew Ms. Edward is my been Female Friend and you went to Education Department to disrespect her, so For that Alone is enough, For me to Kick your As

44. Plaintiff (MR. Brooks) your A Non-resisting/non-Combative but I will pepper spray A inmate at Another Cell down the hall with massive Amounts without cutting OFF the ventilation

45 All the pepper spray fumes will Come in your cell you die, I Know From Magyar oF your pepper Allergie, Ms. Woods, pharmacy supervisor told me you need your 3 Asthmatic enhaler but

46. I Rather see you die from gas, he yall s see I hate Homosexuals Like you, Muslim Like you Transgenders Like Tomiko Robinson that

47) you File prison grievances for, I retrieve your Civil Actions Complaints you Attempts to File in Federal Court against me and MR. Hall named I track that shit. Now taste the

48) pepper spray, nigger like you muslim should be executed especially Faggots, Transgenders Like you and Robinson. "said MR. Rockowski the pepper spray cause ME. Brooks (plaintiFF)

49) To Fall From standing position unconsciousness he hit his head, shoulder, back, neck, knee, Feet injury the massive gas smelled For 6 hours and it denied medical care.

50) MR. Hall witness MR. Brooks in cell unconscious and MR. Hall said while your in SHU Unit each time another inmate get gased or peppered that is resisting I order Massive tear gas spray so

51) Your As will Fall unconscious iFyou die - you die your never get your Asthmatic enhalers or Fresh Air you or your cellmate can bang, scretch on cell door while waking from unconsciousness I will not let not let you out of cell occured on Approximately 5/31/2019, 6/13/2019. Both time plaintiFF nearly died.

52) The excessive Force Above violated Eighth Amendment right when not Applied in an eFFort to maintain or restore discipline it was used to maliciously and sadistically cause harm unnecessary wan ton inFliction oF pain were Knowingly, intentional on two diFFerent dates 5/31/19 and 6/13/2019 and other dates approximatedly.

Ground (or) Issue No. # Four

PLAINTIFF similiar situated &
RETALIATION
ARGUMENT

53) On Approximately December 23, 2019 plaintiFF denied equal protection clause /establish clause and First Amendment Right when MR. Magyar, MR. Hi.Quay, MR. Potope, MR. Radamel, Charles E. Samuel JR (AKA) Federal Bureau oF prisons

54) MR. Rakowski, MR. Hall DR. David, DR. Buschman, denied MR. Brooks (plaintiFF equal protection when inmate Ahmad mohammad AJAJ And petitioner's or plaintiFF both suFFer Abdominal problems, Michael Nixon also Need diagnose Kno by medical Doctor

55) As Needing immediate Feet surgery on One Foot, similiar MR. Brooks (plaintiFF) diagnose by medical Doctor with needing immediate surgery on both knees, both Feet bunions. All three inmate resided at Allenwood Penitentiary. Despited PlaintiFF and inmate Ahmad Mohammad AJAJ

56.) Are max custody prisoner's at Challenge program Mr. AJAI is treated more favorable then similar situated plaintiff Mr. Brooks when Mr. AJAI receive Almond milk, protein juice drinks, mattress, single cell statutes, Legal Attorney outgoing calls, proper effective medications say all defendants treat Mr.

57) Mr. Brooks similar situated treated disfavorable denied Almond milk, protein juice drinks, mattress, single cell statutes, Legal Attorney outgoing calls, proper effective medications, to

58) Treatment to similar situated are not rationally related to a legitimate government purpose. Mr. Magyar said "I hate snitchs like you Brooks I respect a Anabi terrorist muslim) he got balls, instead of (you a old nigger Homosexual muslim). You been Filing

59) Grievances on me and Radamel told me you File a 28 USC 1331) Civil Action against Medical Staff and Mr. Radamel trashed it before it reached the Federal Court now we are going take more than half

60) Your wage so you cant File them Civil Actions against us I will take or charge 2 dollars for Chronic care visit at station each time you come to medical Dept co-pay when it's against FBOP 6031.02, 6031.04, 1210.24 I hate staff rats, old cripple homosexuals like you" see: 28 CFR 549.70, 549.71

61) That why I did not Report Dr. David Ball battery against you and denied you prosthesis, I delay surgery to keep you in pain unless you withdraw you grievances, civil actions against all defendants you'll never get pain medications
never receive surgery like Michael Nixon Reg. No. 47211-066 on his one Foot I transfer him to Butner (medical Facility) After reclassification a care level 4, but I can do the same for

62) You if you just withdraw your complaints seen here, I promise you'll be treated more favorable. If you renounce you Islamic Sunni (muslim) Religion. Become a Christian the true religion I promise you will receive All proper medical treatment. said Mr. Magyar. Violating Establishment Clause"

63) Mr. Brooks (plaintiff) became a Christian to the tremendous pain & suffering Mr. Magyar said If you were not a Muslim, defendant would not deny you equal protection "said Mr. Magyar, Violating "Continuing Violation Doctrine". -

## (Ground (or) Issue No# Five
### Denied Serious Medical Need

64) On October 10, 2019 approximately defendants denied plaintiff prosthesis After surgery cause plaintiff to Fall on left Knee injuries pain to knee left, back, neck, arm. The plaintiff both Knees diagnosed by the physicians Dr. McGerman, Dr. David Ball mandating treatment

65) Surgery on both Knees plaintiff pleaded, begged for surgery for

66) surgery, prosthesis, pain medication for hear four years approximately denied cause plaintiff to fall on 10/10/2019, repeatedly before and after on so many dates cause harm for delay in treatment.

67) If Defendant Dr. David Ball, Dr. Buschman, MR. Magyar, MR. Potope, MR. H. Quay would have supplied a wheelchair on 10/9/2019 the injuries would not occured 10/10/2019 out side medical Department.

68) DR. David Ball said "I told you I would punish you for helping inmates filed grievance on me then you file Battery charges against me me and MR. Magyar, MR. Potope, MR. H. Quay, MR. Hall

69) at meeting said "we will never give you prosthesis dont care how many time you fall old nigger homosexual until you sign signature slip to withdraw your statements in grievances

70) Complaints to OIG, IAD, FBOP employees especially medical Department member you never get proper pain medication, MR. Magyar said since you fell on 10/10/2020

71) we give you a wheelchair, but you must return it in days if you fall against homosexual old man I hope you bust your head open and die your a staff rab.

72) On 10/13/2020 approximately plaintiff fell out side of his 1-B unit between 6:00 Am — 7:30 Am. After H. Quay, MR. Potope, MR. Magyar, charles & Samuel JR, MR. Hall seizured

73) Need wheel chair need to be mobile denied serious medical Need surgery on left knee, both feet (bunions) diagnose by physician as mandating treatment that plaintiff

74) Need surgeries to prevent repeated falling while attempting to walk with a cane, when both legs, both feet severe pain cause harm plaintiff suffer neck and back, knee, feet Nerve damae had wheel chair not been seizured plaintiff would not had fell on dates of Incident the unnecessary and wanton inflicting of pain

75) Plaintiff medical condition disables the prisoner and interferes with daily activities in assessing seriousness medical Records confirm plaintiff rushed to medical Department after falls above dates.

Defendants seizure of wheel chair violating ADA, Rehabilitation

7

76) Act, defendants denied plaintiff his 3 meals a day when plaintiff were unable to walk to dinning hall to obtain his medicals for 10 days or more Approximately

77) defendant denied MRI scan, neveologist examinations on neck, back, knee's, feet do to pain Mr. H. Quay, Potope, Magyar, Dr. Ball refuse to do medical excessment on injuries on dates of injuries Above.

78) On approximately November 23, 2019 do to Chronic back pains, neck pain, nerve damage in knees, back outside food service do to previous went untreated. Medical staff Mr. Trump

79) Placed plaintiff on stretcher Unable to stand up, denied Affective pain medication, back brace, neck brace, Mr. Trump said "I made calls to Mr. Magyar, H. Quay if you dont sign signature on document

80) To withdraw your statements against medical staff I cant give you shit, not a pain shot, if you refuse to withdraw the civil Action you mail out legal mail Against

81) us Ics in S.I. A agent possesion your legal mail were open your sueing, medical staff, etc I will put you in SHU unit you cant deny treatment we will beat your ass.

82) You fell on 1/2/2019 we rush you to the outside hopital on the stretcher to the emergency unit. You fell 5/31/19, 6/13/19, 10/10/19, 7/3/19, 7/9/19, 7/11/19 in SHU unit but Mr. Rakowski, Mr. Hall, Magyar, Potope, Charles E. Samuel Jr.

83) told all Medical Department not to respond to your back, neck injuries. Etc. H. Quay on 7/29/19 took you mattress, legal materials so you stop trying to sue him so if you withdraw

84) Filing civil Action Against Dr. Ball, Charles Brooke E. Samuel Jr, Ms. Edwards, Rakowski, Mr. Hall, Magyar, H. Quay I promise you they in return would classification (or) classify you a care level 4.

85) transfer you to Medical facility like they did Michael Nixon, you'll get immediate surgeries for your hernia's, knees, feet, back, neck (therapy), we will get you a back brace, continue your Gabapentin effective medication they will

86) Let you die Mr. Brooks said Mr. Trump.

87) Defendants denied Dr. Albright, Dr. Mogerman, Dr. ___ Gastroenterolog- ist to properly proform surgery, +treatment interfered with treatment once

8

88) prescribed Doctor's prescribe Orthropedic sneakers, medications, surgery, but defendants refuse to provide doctor deviated from accepted medical practice (that defendant also breached a duty of care that failure to properly treat Continuing violation Doctrine

89) Proximately caused Plaintiff injuries. BOP Director of the Bureau of Prison were deliberately indifferent to Mr. Brooks serious medical need by failing to insure prisoner

90) got the medical treatment needed. Violating Constitut-ion years of delay were unjustified intentionally denying to medical care

91) Intentionally interfering with the treatment once prescribed medical condition significantly affects daily activity of plaint-iff bedridden, defendants disregard an excessive risk to inmate health and safety.

92) Plaintiff continuous self-reporting he is labeled a Nuisance his falls pains, black out, unconsciousness, chronic back pain, feet (bunion removal surgery, knee surgery, back surgery still not done) falls on May 22, 2020 in cell 231

93) Not reported terroristic threats from Ms. Edwards to infect plaintiff with Covid-19 when she get infected so your old Ass Homosexual nigger will die your the First I will infect I told inmates your a child molest prevent Government informant so your

94) Sunni muslim brothers will kill you, BGF members will kill you, Now I will tell Challenge Program staff and guards your a prevent that snitch to Executive I'm bring illegal narcotic into the institution

95) to inmates these staff will pepper spray you so what, you got Allergies to pepper, Asthmatic I hope you die. Like when My boy Friend Rokowski killed your ass

96) Two-or-Three times from the pepper spray you cried like a bitch you almost die you fell unconscious, I only have to Lie and put you in SHU Unit so we can gas your ass to death it Aint over Nigger we will get Away If I'm infected Covid-19 I will infect you First so your old Ass will die will Visit you First I hate you nigger.

97) with it we Always do said "Ms. Edward on 5/22/2020 see Surveillance Video tapes                    declaration under penalty of perjury

98) I Charles Allen Brooks declare foregoing is true and correct to best of my knowledge informat-ion and belief. 28 USC 1746, 18 pacs 4004 on 5/25/2020

9

05/18/2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur? Continuing violation Doctrine 3/5/2019, 5/31/2020, 6/13/2020, 10/10/2019, 10/13/2019, 11/23/2019 8/22/2020 Approximately .... Medical Records sworn Affidavit of Charles Aaron Brooks under commercial Truth signed Under penalty of perjury 1/2/2019

D.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Inmates Hassan Ward, inmate Fred Bey, Dr. Moderman, Anjaff Dockery, Dr. Albright, Robert E. Purcell Dr. Elizabete Stahl, Bannall Pharmacy supervisor JR. MD, Brian D. Buschman, Bacole Wood, Thomas Albright MD Charles Muchnek MD, Pedro Amber, Jeffrey A. Mogerman, Corey, Rhea Jacob Bowling, Ms. Sierra Shamer (Lewisburg Prison Project) Darrin Howard, Susan Mowatts (Therapist) Teresa Boatman, Dr. Styhl (Female Russian medical Doctor), Dr. Mylstiffer (At) Tucison Penitentiary, Inmate Coyle, Taylor, Butler, Charles Brooks at Challenge program,

V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Dia gnosed as needing immediate surgeries on both Knees since 2018 the year only receive surgery left Knee A day after surgery on 10/16/19 plaintiff denied prothesis fell on left Knee, ~~knee damage~~, right Knee damage, back, neck pain denied treatment. Awist Surgery on right Knee, Awist surgery on feet, bunions, diagnosed as bleeding bunion removal surgery on both feet not received, back surgery ~~needed the orthopedic~~ therapist discontinued therapy and only said "only Back surgery" will relieve the back pain" Neck therapy denied not receive neurologist do to nerve damage, inguinal hernia, Hiatal hernia (Severe pain) Not, receive MRI scans, orthopedic sneaker, back brace. Cat scan of head injury, impair Vision, Grand Mal seizures black outs, body shakes, abdominal pains, digestive pains, heart examination continuous Chest and heart pains, respiratory problem no treatment, not recieving effective medications, Almond milk, mattress, Protein Juice drinks, enzyme meds, lactose intolerant medication, Acid reflex medications, back brace, orthopedic sneaks single cell status, medically classification care level 4.

VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Compensatory damage 2 million dollars to plaintiff Punitive damage 2 million dollars to plaintiff, nominal damage One dollar award to plaintiff by defendants also defendants pay all taxs Court Cost, filing fees, fines owed by plaintiff all surgerie on bunions on both feet be performed at reason time, orthropedic non-steel toe sneaks be supplied immediately, proper effective pain relief Gabapentin 600 mg, synovia medication, Triggen medication, Veraflex medication, Almond milk, Protein Juice drinks, effective lactase enzyme medication better quality than FBOP Commissary sales Effective Lactos Intolerant medica toon, Neurologist Examination on Knees, neck, back, Single cell status (pain in handicapp disable Accessible cell). Surgery on both Knees back therapy and neck, back brace, neck brace (Plaintiff be granted injunction relief) 15 yrs reduction of sentence, All 28 USC 1915 (g) strikes against plaintiff ~~shall be "~~ ~~Expunged~~ do to ~~plaintiff~~ ~~Respiratory problems~~ (Asthma) "entitle plaintiff (Care Act) grant Plaintiff Home confinement placement, to run state of Pennsylvania 7 yrs Consecutive sentence Run it currently with Federal

sentence. keep or house plaintiff in FCI Federal Prisons (or) Medical facilities where No COVID-19 Case are to Keep prisoner/plaintiff health & safe not to return to Federal Penitentiary. All restrictions by FBOP Be Expunged.

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FBOP Failure to Respond, Await response From
Regional office of General Counsel, MR. Houser, MR.
Arnald, MR. Radamel Refuse to process grievances, deny plaintiff
Exhausting of Remedy Forms, loss and destroy legal mail etc

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? All defendants Impeded MR. Brooks rights
to Exhaust Administrative Remedies unconstitutional to render
Grievance process unavailable Plaintiff File grievance on
this issue.

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
        concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☑ Yes

☐ No

E.     If you did file a grievance:

1.  Where did you file the grievance?

Canaan Prison, Florence Prison, Terre Haute
Prison, Tucson Prison, Beaumont Prison, Hazelton
Prison, Coleman Prisons, Victorville Prison, Atwater Pen

2.  What did you claim in your grievance? Violation of ADA, Rehabilitation Act,
architectural barriers Act, denied handicapp disable Accessible
Cell, Shower ~~and~~ medical facilities, seizure of wheel chair
Needed to (be mobile) Force inmate to crawl on knees, feet for years, Freezing
Account, conversion, taking clause, contract clause, 1st, 5th, 8th, 14th Amendment
Rights of U.S. Const. etc

3.  What was the result, if any? Nothing /but retaliation / campaign Harassment
defendants Violating "Continuing Violation Doctrine"

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
    not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
defendants would not turn grievance from Regional office over or office of
General Counsel, BP-10, BP-11, denied grievance forms would transfer prison to
Another prison or beat - with battery to punish plaintiff from continuing
grievances process, Retaliated with Restrictions on commissary denied Access
to the court, unable to purchase U.S. Post stamps, paper, pens, pencils, legal
copies, legal envelops hygien items defendant unlawfully Frozen / Freeze
Account / Encumbrance funds for 3½ years Approximates Violating BP
~~xxxxxx~~ 1210.24, 1040.04, 1600.11, 1600.12, 1600.13, 2000.02, 3000.03, 3713.24
3713.25, 3713.26, 3713.27, 3713.28, 3713.29, 3713.30. 6031.02, 6031.04, 28CFR
§ 49.73, 3420.09, 3420.10, 3420.11.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendants violated Fair debt collection practice Act, electronic Fund transfer Act, National labor relation act, uniform Fraudulent transfer Act, Truth in lending Act,

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:
Defendants impeded plaintiff Rights to exhaust rendered Exhausting Remedies unavailable including Failure of defendants to Respond to plaintiff Grrievances he Filed, transfered before Fully complete exhaustion, deny grievances forms, defendants destroy grievances Plaintiff Filed complaints to below against defendant at every prison.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Complex Wardens, complex Captain, A. VISO OIG office, IAD office, FBOP Director, MS. Dianne Feinstein, Bob Casey, (OIG Agent) Ronald Gardella, Joint Commission, medical Board, to Barbara Boxer, Congress men & congress women, senators' state Police Department near Federal Prisons, letter to Federal Court at every Federal Prisons nearest Prisons, cmc officer, S.I.A. agents, see: inmate institutional computer system staff Messages of MR. Brooks to all prison officials at each Federal Prison self Reporting.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Defendants Fraudulent concealments @ F there unconstitutional Practice: that are in conflict with FBOP @Program Statements, CFR, DOJ Regulation, Medical Board regulation in each state, brutally use of unnecessary excessive Force starvation, placed in unsafe environments to punish plaintiff For attempting to exhaust Violating 28 USC 2680(h), 28 USC 1346(b)(1), 18 USC 4042, 18 USC 3050, 18 USC 3621(g), 18 USC 241, 242, 1513, 42 USC 1981, 1982, 1985, 1986.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[V] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Various Federal Court Filing under 28 USC 1915 (9) see: Attached "Plaintiff memorandum of Law in support of 28 USC 1331 Civil Action", Attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s)       _____ N/A _____
        Defendant(s)      _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number
        _____ N/A _____

   4.   Name of Judge assigned to your case
        _____ N/A _____

   5.   Approximate date of filing lawsuit
        _____ N/A _____

   6.   Is the case still pending?

        ☐ Yes

        ☑ No

        If no, give the approximate date of disposition. _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____ N/A _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit
        Plaintiff(s)  \_\_\_\_\_ N/A \_\_\_\_\_
        Defendant(s)  _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*  N/A

    3.   Docket or index number   N/A

    4.   Name of Judge assigned to your case   N/A

    5.   Approximate date of filing lawsuit   N/A

    6.   Is the case still pending?

        ☐ Yes

        ☒ No

        If no, give the approximate date of disposition   N/A

    7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        N/A

05/18/2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5/15/2020

Signature of Plaintiff

Printed Name of Plaintiff   Charles Aaron Brooks

Prison Identification #   49230-066

Prison Address   P.O. Box 3000

WHITE DEER,   PA   17887
   City   State   Zip Code

### B.   For Attorneys

Date of signing:   5/22/2020

Pro-Se Prepared

Signature of Attorney   N/A   Inmate Williams

Printed Name of Attorney   N/A

Bar Number

Name of Law Firm   N/A

Address

   City   State   Zip Code

Telephone Number

E-mail Address   N/A

Surviellance Video tape on 5/22/2020, 2A-Unit between 8:00am-3:30pm
Ms. edwards BoP employee terrorist threats that "IF she
get infected with Covid-19 she would infect
Mr. Brooks because [illegible] old and she wants him
to die" said Edwards.

Page 11 of 11

C.C. File
For the Honorable
Clerk

CHARLES AARON BROOKS
REG No. 49230-066
U.S.P. Allenwood Penitentiary
P.O. Box 3000
White Deer, Pa 17887

FILED
SCRANTON Deputy

JUN 08 2020

PER ____

DEPUTY CLERK

To: Honorable Honorable Deputy Clerk
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa
[18501-1148]

informa pauperis
Certified Trust
Fund Statement
will be Foreward
to you

Pro-se is Following
Court Rule

Dear Honorable Deputy Clerk
<u>LETTER OF INSTRUCTION</u>

Respectfully its said any Attached Exhibits or Additional
page need not be copied or duplicated IF I'm wrong
please inform plaintiff.
Do to the institutional Lock down or Federal "National
Lockdown" see: Attached Exhibit to the page next
page, and the Court-19 pandemic its deficult to receive
Copie's or obtain Copy of Financial Statement will
be Mailed to you later my Counselor not in right
Now. I Promise I will mail it, this situation made
it so impossible to properly File. As you Know Allenwood
Penitentiary were I reside impliment a New propo
Procedure to Copy All incoming mail/Legal mail is
photo-copy and the Original documents are destroyed
to stop the K-2, Narcotics, from coming prison now they
Claim the Currency or contraband is mail out legal
mail so The FBOP is open up legal mail to the
Court I mail out to the Court, despite the "Mail Box
Rules". the New system violate Constitutional Rights,
which is in Conflict with 28 CFR, CFR, FBOP 1210.24 Federal
U.S. Postal Mail Crimes. The plaintiff told 17 different
time by mistake Staff loss his legal Mail, Special Mail, Normal
Mail. 28 SWORN Affidavits of Truth of 28 inmates that observe
witness Abuse to plaintiff signed under penalty of perjury 28 USC 1746

**Information for Inmate**

**Population (06-02-2020)**

SUBJECT: National Lockdown

As you have seen in news reports, many communities are
facing difficulties as a result of violent demonstrations
and looting. In response, we placed the institution on
lockdown over the weekend to determine if the events in the
community would impact Allenwood. After assessing the
situation, our intent was to resume modified COVID
operations and we began resuming activities yesterday.
However, due to continuing threats in the community, the
BOP has implemented a National Lockdown. To ensure the
safety and security of BOP institutions, all facilities
have been locked down.

We do not have a time frame for the length of the lockdown
but do not anticipate it to be long-term. In the meantime
and as long as all inmates continue to act appropriately,
the institution will continue to provide daily hot meals
and will make arrangements to proceed with commissary
shopping. Showers will be provided in accordance with
normal lockdown procedures. Additionally, staff from
various departments will continue to make unit rounds to
address issues.

As previously indicated, when we are able to resume
modified COVID operations, additional out of cell activity
is being considered. You will be advised of changes to the
schedule when finalized.

This is a challenging time but the safety and security of
staff and inmates remains our highest priority. We
appreciate your continued cooperation and patience as we
work through this situation.

H. Quay, Complex Warden

Charles Ashon Brooks
Reg No. # 94830-066
USP Allenwood Penitentiary
P.O. Box 3000
White Deer, Pa
[17887]

Mailed From US Penitentiary

PER _____
DEPUTY CLERK

RECEIVED
SCRANTON
JUN 08 2020

JUN 04 2020

United States District Court
For the
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA
[18501-1148]

