UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES AARON BROOKS** : | |
| : | **CIVIL ACTION NO. 3:20-0927** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| : | |
| **CHARLES E. SAMUEL, Jr.,** *et al.* : | |
| : | |
| **Defendants** : | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's motions to dismiss are construed as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Plaintiff's motion to amend (Doc. 5) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 30, 2020**
20-0927-01-Order